UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 08-5156 (PAM/AJB)

| | |
|---|---|
| BRADLEY MESSERLY, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | )   **ORDER** |
| | ) |
| U.S. BUREAU OF PRISONS, | ) |
| | ) |
| Respondent. | ) |

Based upon the stipulation of the parties, and all the files, records, and proceedings in this matter, it is hereby

**ORDERED** that:

1. The above-entitled petition is hereby is DISMISSED with prejudice; and

2. Each party shall bear its own attorneys' fees, costs, and disbursements.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: November 19, 2008

s/Paul A. Magnuson
Paul A. Magnuson, Judge
United States District Court